

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

| | | |
|---|---|---|
| STUART N. AULD, | § | No. 08-21-00114-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| SOUTHWEST PETROLEUM COMPANY, L.P., DRC PETROLEUM, LTD., and CHARLES E. HAMMOND, | § | of Winkler County, Texas |
| | § | (TC# DC16-16907) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.